IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID A. THOMAS,

    Plaintiff,

v.

WELLS FARGO BANK, N.A., et al.,

    Defendants.

No. C 13-02065 JSW

**ORDER VACATING HEARING AND CASE MANAGEMENT CONFERENCE**

Now before the Court is the motion to dismiss filed by defendant Wells Fargo Bank, N.A ("Wells Fargo"), as the successor in interest to Wachovia Mortgage FSB, as well as Wells Fargo's motion to expunge. The Court finds that these matters are appropriate for disposition without oral argument and are hereby deemed submitted. *See* Civ. L.R. 7-1(b). Accordingly, the hearing set for August 9, 2013 is HEREBY VACATED. The Court shall issue a ruling in due course. The Court FURTHER ORDERS that the case management conference scheduled for August 9, 2013 is VACATED and will be reset by the Court if necessary.

**IT IS SO ORDERED.**

Dated: August 6, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE