**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID A. THOMAS, | |
|     Plaintiff, | No. C 13-02065 JSW |
| v. | |
| WELLS FARGO BANK, N.A., et al., | **ORDER ADOPTING REPORT AND RECOMMENDATION REGARDING MOTION FOR ATTORNEYS' FEES** |
|     Defendants. | |

This matter comes before the Court upon consideration of Magistrate Judge Donna M. Ryu's Report and Recommendation regarding Defendant Wells Fargo's motion for attorney's fees. In her Report and Recommendation, Magistrate Judge Ryu recommends that this Court grant the motion and award Wells Fargo attorneys' fees in the amount of $9,400. Pursuant to Federal Rule of Civil Procedure 72(a), any objections to the Report were due by February 12, 2014. The deadline has passed and no objections have been filed. The Court has considered the Report, finds it well-reasoned and thorough, and adopts it in every respect. Accordingly, the Court GRANTS Wells Fargo's motion for attorney's fees in the amount of $9,400.

**IT IS SO ORDERED.**

Dated: March 25, 2014

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE